UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-621-F

| | | |
|---|---|---|
| WILLIAM T. CANNON, <br> BOBBY R. FARMER, and <br> LEVON LACY, <br> Plaintiffs, <br><br> v. <br><br> WILSON MOLD & MACHINE CORP., <br> and DWAYNE LAMM, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | ORDER |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **February 28, 2014.** Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **February 28, 2014.** All pending motions are DENIED AS MOOT and the Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED.

This the 23rd day of December, 2013.

JAMES C. FOX
Senior United States District Judge